☒ FILED  ☐ LODGED
**Nov 04 2021**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Frederick A. Miller #262220
Name and Prisoner/Booking Number
A.S.P.C - EYMAN - S.M.U - I
Place of Confinement
P.O. Box 4000
Mailing Address
FLORENCE, AZ 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Frederick A. Miller,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Gordan,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____.

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-1867-PHX-DGC (ESW)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury trial Demanded"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: A.S.P.C - EYMAN - S.M.U - I   FLORENCE, AZ 85132

## B. DEFENDANTS

1. Name of first Defendant: __Gordan,_____. The first Defendant is employed as: __AS CORRECTIONAL OFFICER II_____ at __KYMAN - S.M.U-I FACILITY__.
   (Position and Title)                                 (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                 (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                 (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                 (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>8TH AMENDMENT U.S CONSTITUTION (CRUEL AND UNUSUAL PUNISHMENT)</u>.

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 8-4-21 I WAS ASSAULTED BY C/O III GORDON. ON THAT DAY AN INMATE CREW WAS BROUGHT IN TO PAINT THE POD 1-B-POD 4, EVERYONE THERE WAS ASKED THAT IF THE FUMES WERE TO MUCH, IF SO THEY COULD BE MOVED OUT OF THE AREA TEMPORARILY. THREE OTHER INMATES AND MYSELF ASKED TO BE MOVED OUTSIDE TO THE REC AREA CELL 26, 28, 31 AND ME CELL 29. WHEN THE WORK WAS DONE WE WERE TO BE MOVED BACK TO OUR CELLS. C/O III GORDAN ESCORTED CELL 26, 28, 31, I WAS LAST TO BE MOVED OF OUR GROUP, AFTER BEING CUFFEDUP AND LEAN OUT OF THE REC. CAGE I WAS ASSAULTED. I WAS HIT ON THE RIGHT SIDE OF THE HEAD FROM BEHIND AFTER C/O III GORDAN WENT BEHIND ME TO CLOSE THE REC CAGE. I WAS KNOCKED UNCONSCIOUS, WHEN I CAME TO I WAS WITHOUT MY CLOTHS AND STRAPED INTO A CHAIR AT MEDICAL AWAITING EVALUATION. A CAPTAIN AND LIEUTENATE WERE THERE AND ASKED ME WHAT HAPPEN. I EXPLAIN THAT I WAS ASSAULTED AND NOW I'M HERE AFTER BEING KNOCKED OUT BY C/O III GORDON. I WAS EVALUATED VITALS CHECK AND I WAS RELEASE I WAS GIVEN CLOTHS AND LEAD BACK TO A DIFFERENT CELL. CELL 1-A-25 AFTER LEAVING CELL 1-A-29. I SUBMITTED A (HNR) MEDICAL FORM. THREE DAYS LATER 8-7-21 I WAS ESCORTED BY C/O III HUNTER TAKEN TO MEDICAL SEEN BY NURSE DUTTON EXPRESSING HEADACHES, HEARING LOSS AND SEEING WHITE SPOTS. SINCE THEN I HAVE BEEN EVALUATED BY THE AUDIOLOGIST AND HAVE BEEN GIVEN (2) HEARING AIDS, THE VISUAL IMPAIRMENT HAS NOT BEEN ADDRESSED.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   VISUAL AND HEARING IMPAIRMENT AS A RESULT OF THE ASSAULT, I NOW REQUIRED (2) HEARING AIDS FROM PERMANENT HEARING LOSS. I WEAR HEARING-AIDS NOW DUE TO THE ASSAULT BY C/O III GORDAN SO I LOST HEARING IN BOTH EARS.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I SUBMITTED A GRIEVANCE APPEAL (802-3) FORM ON 10-3-21 INTENDED FOR DIRECTOR SHINN AT CENTRAL OFFICE, IT WAS RETURNED ON 10-4-21 INTERCEPTED BY C/O III BACKS GRIEVANCE COORD.

3

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I AM SEEKING MONETARY DAMAGES FROM THE OFFICER W.H. GORDON IN THE AMOUNT OF $350,000 $250,000 FOR PAIN AND SUFFERING AND $150,000 IN PUNITIVE DAMAGES AND ANY OTHER MONETARY RELIEF THAT THE COURT DEEMS PROPER AND JUST.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-3-21
DATE

Frederick G. Miller
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6