Mark Brnovich
Attorney General

Patrick J. Boyle, No. 031674
Assistant Attorney General
2005 N. Central Ave
Phoenix, Arizona  85004-1592
Telephone:   (602) 542-1610
Fax:         (602) 542-7670
E-mail:      patrick.boyle@azag.gov

*Attorneys for Defendant Gordan[1]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Frederick A. Miller,<br><br>          Plaintiff,<br><br>v.<br><br>Gordan,<br><br>          Defendant. | No:  CV21-01867-PHX-DGC (ESW)<br><br>**ANSWER** |

Defendant Gordon ("Defendant") hereby answers Plaintiff's Complaint (Doc. 1) as follows:

**A.  JURISDICTION**

1. Answering Paragraph 1, Defendant admits that the Court has jurisdiction over this action.

2. Answering Paragraph 2, Defendant only admits that during the relevant timeframe, Plaintiff was a prisoner confined in the Arizona Department of Corrections, Rehabilitation and Reentry; ("ADCRR").  Defendant denies that he violated Plaintiff's constitutional or any other legal rights anywhere or at any time.

**B.  DEFENDANT**

3. Defendant admits that during the relevant timeframe, he was employed by the ADCRR.  Defendant denies that he acted in any way that violated Plaintiff's constitutional or other federal rights, or caused Plaintiff any injury.

---

[1] The correct spelling of Defendant's last name is Gordon.

**C. PREVIOUS LAWSUITS**

4. Answering Paragraphs 1 and 2, Defendant is without sufficient information and/or knowledge to form beliefs as to the truthfulness of the assertions and allegations contained therein and, therefore, denies the same.

**D. COUNT ONE**

5. Answering Paragraph 1, Defendant denies that any of Plaintiff's constitutional or other federal rights were violated including, but not limited to, his Eighth Amendment rights.

6. Answering Paragraph 2, Defendant denies Plaintiff's allegations that any of his constitutional or other federal rights were violated. Defendant also denies Plaintiff's allegations regarding excessive force by an officer.

7. Answering Paragraph 3, Defendant denies all material allegations against him therein regarding Plaintiff's Eighth Amendment claims and specifically denies that he acted in any way that violated Plaintiff's constitutional or other federal rights, or caused Plaintiff any injury.

8. Answering Paragraph 4, Defendant denies all material allegations against him regarding Plaintiff's Eighth Amendment claims and specifically denies that Plaintiff suffered any injuries or other harm resulting from any actions or inactions of Defendant. As such defendant further denies that Plaintiff is entitled to any relief.

9. Answering Paragraph 5, Defendant denies that Plaintiff completely and properly exhausted available administrative remedies.

10. Defendant denies all allegations of wrongdoing set forth in Plaintiff's Complaint, as well as any other allegations of wrongdoing which may be inferred from the contents of all portions of the Complaint.

11. Defendant denies all allegations not expressly denied herein.

12. Defendant demands a jury trial.

13. Defendant further alleges the following, some of which are affirmative defenses:

|     |       |                                                                                                                                                                                                                                                                                                                          |
| --- | ----- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | a)    | Failure to state a claim upon which relief can be granted.                                                                                                                                                                                                                                                               |
|     | b)    | Plaintiff failed to properly exhaust prison administrative remedies as are available; and therefore, his claims are barred by 43 U.S.C. § 1997e(a) whether denominated as an affirmative defense, subject matter jurisdiction, quasi-jurisdictional, abatement or a condition precedent.                                 |
|     | c)    | At all times relevant to Plaintiff's Complaint, Defendant did not violate any statutory or constitutional right of Plaintiff that was clearly established of which a reasonable prison official or officer would have known, hereby affirmatively raising the defense of qualified immunity.                             |
|     | d)    | At all times alleged Defendant acted reasonably and professionally and pursuant to legitimate penological interest and in compliance with all constitutional provisions.                                                                                                                                                 |
|     | e)    | Plaintiff's Complaint fails, as a matter of law, to allege sufficient affirmative involvement of Defendant.                                                                                                                                                                                                              |
|     | f)    | Plaintiff is not entitled to receive punitive damages because he cannot show evil intent or motive.                                                                                                                                                                                                                      |
|     | g)    | The theory of *respondent superior* is insufficient to support Plaintiff's Complaint.                                                                                                                                                                                                                                    |
|     | h)    | Failure to allege the requisite injury to support mental or emotional distress damages as required under 42 U.S.C. § 1997e(e).                                                                                                                                                                                           |
|     | i)    | If Plaintiff owes restitution to the victims of his crime(s), any monetary award made to Plaintiff is subject to set-off pursuant to the PLRA §§ 807 & 808.                                                                                                                                                              |
|     | j)    | Any other affirmative defenses recognized or authorized under Rule 8(c) Fed. R. Civ. P., and any and all privileges, defenses, and immunities, under statue and common law which may be found                                                                                                                            |

3

1  applicable during the course of discovery.

2  WHEREFORE, Defendant requests the following relief:

3  1. Dismissal of Plaintiff's Complaint, with prejudice, and that Plaintiff take nothing thereby.

4  2. Judgment in favor of Defendant and against Plaintiff.

5  3. Award of costs and reasonable attorneys' fees incurred.

6  4. Such other and further relief the Court deems just and proper.

Respectfully submitted this 17th day of March, 2022.

MARK BRNOVICH
Attorney General

s/ Patrick J. Boyle
Patrick J. Boyle
Assistant Attorney General
*Attorneys for Defendant Gordon*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System.

I also certify that on the same date, the attached document and Notice of Electronic Filing were served by mail to the following, who is not a registered participant of the CM/ECF System:

Fredrick A. Miller, #262220
ASPC Tucson Rincon Minors Unit
P O Box 24403
Tucson, AZ  85734
*Plaintiff Pro Se*

s/ M. Cruz
AGO Legal Secretary to Patrick J. Boyle
#10218974
LMS22-0056