1. Frederick A. Miller #262220

2. A.S.P.C. Tucson - Rincon

3. P.O. Box 24403

4. Tucson, AZ 85734

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 08 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

5.     UNITED STATES DISTRICT COURT

6.         DISTRICT OF ARIZONA

7. Frederick A. Miller #262220      CASE No # 2:21-CV-01867-DGC-(ESW)
              PLAINTIFF

8.  -V-                             RESPONSE TO DEFENDANT

9. MATTHEW, GORDON #141            MOTION
              DEFENDANT

10.

11. PLAINTIFF Frederick A. Miller #262220   SUBMITS MOTION AS A PRO PRIA PERSONA

12. LITIGANT UNSKILLED IN THE SCIENCE OF LAW, AND PRAYS HIS MOTION BE GRANTED

13. ATTACHED SUPPORTING DOCUMENTS WILL BE RECEIVED AND VIEWED AS SUCH. PLAINTIFF

14. MOVES THIS COURT NOT TO LET FORM (OR) STYLE OF SAID MOTION TO OVERIDE SUBSTANCE,

15. NOR TO ALLOW ANY MISTAKES IN PROCEDURAL TECHNICALITIES TO DEFEAT FAIRNESS

16. (OR) JUSTICE FROM BEING SERVED. PLAINTIFF ALSO DOES MOVE THIS COURT TO TREAT HIS

17. DOCUMENTS AS WHATEVER LEGAL VECHICLE NEEDED FOR THE COURT TO LEGALLY GRANT

18. PLAINTIFF HIS SOUGHT AFTER RELIEF AS THE UNITED STATES SUPREME COURT HELD IN

19. HAWES-V-KERNER "PRO SE LITIGANTS'S PLEADINGS ARE TO BE CONSTRUED LIBERALLY AND

20. HELD TO LESS STRINGENT STANDARD THAN FORMAL PLEADINGS DRAFTED BY LAWYERS...

21. IF THE COURT CAN REASONABLY READ PLEADINGS TO STATE VALID CLAIMS ON

22. WHICH LITIGANT COULD PREVAIL, IT SHOULD DO SO DESPITE FAILURE TO CITE PROPER

23. LEGAL AUTHORITY, CONFUSION OF LEGAL THEORIES, POOR SYNTAX (OR) SENTENCE

24. CONSTRUCTION (OR) LITIGANT'S UNFAMILIARITY WITH PLEADINGS REQUIREMENTS.

25. 404 U.S 519, 30 LED 2D 652, 92 S.CT.594 (1972); BOAG-V-MACDOUGAL

26. 454 U.S 364, 70 LED 2D 551, 102 S.CT 700 (1982)

27.

28.

(1 OF 6)

1. ( MEMORANDUM )

2.

3. THE DEFENDANTS C/O I MATTHEW GORDON 8141 IS WRONG, THE PLAINTIFF frederick

4. A Miller 262290 WAS ASSAULTED BY C/O II MATTHEW GORDON AND WHILE MAKING

5. EFFORTS TO ENGAGE IN A GRIEVANCE PROCESS THE FLORENCE - EYMAN - S.M.U - I

6. OFFICERS DIDN'T PROVIDE THE FORM RENDERING THE GRIEVANCE PROCESS

7. UNAVAILABLE. ( FACTUAL STATMENT ) AFTER 3 WEEKS TOTALING OVER 30

8. DAYS 30 DAYS THE FORMS WERE PROVIDED (PARAGRAPH 1) 34 DAYS LATER

9. DURING THE INITIATING GRIEVANCE PROCESS THE STAFF DIDN'T SEND THE (802)

10. D.O. FORM GRIEVANCE TO CENTRAL OFFICE TO REVIEW THAT AN INCIDENT OCCURED

11. (PARAGRAPH 2) ALSO THE GRIEVANCE WAS NOT ABOUT LOSS OR PROPERTY

12. IT INCLUDES ASSAULT BY AN OFFICER. THE ONLY GIVEN RESPONSE CITES LOSS

13. OR PROPERTY AS AN EXAMPLE AND THIS AS A BASIS TO CONFUSE THE FACTS

14. AS A LOSS OF PROPERTY NOT ASSAULT BY AN OFFICER (PARAGRAPH 3) OR

15. EXHIBIT 5 MISSING PROPERTY. EXHIBIT 6 SHOWS THE COMPLAINT ON

16. STAFF, I FILED AS SOON AS I COULD PAGES 25 SHOWS THE Fellow

17. OF VISIT

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

1. (FACTUAL STATEMENTS)

2. THE PLAINTIFF Frederick A. Miller 262226 RESPECTFULLY REQUEST, RESPONSE

3. TO DEFENDANT MOTION BE GRANTED, DUE TO THE ADMINISTRATIVE REMEDIES

4. WERE NOT AVAILABLE IN A TIMELY MANNER AS THE FLORENCE-EYMAN-S.M.U-I

5. STAFFERS DENYED ME THIS RIGHT. (GRIEVANCE PROCESS)

6. "YES" THEIR IS A GRIEVANCE PROCEDURE (DEPARTMENT ORDER) D.O.-802

7. IN WHICH I USED WITH THE ASSISTANCES OF A FLORENCE-EYMAN-S.M.U-I

8. ASSIGNED WING-I CO III A MR. KISS ON 9-11-21 AS HE MADE A WING-3

9. POD WALK (FROM 8-4-21 - UNTIL 9-10-21 THE FLORENCE-EYMAN-S.M.U-I STAFF

10. REFUSED TO GIVE ME ANY PAPERWORK TO START MY COMPLAINT) YET ON 8-5-21

11. I USED THE (INMATE-LETTER) TABLET SYSTEM WHICH WAS RECORDED ON 8-5-21

12. "IT IS LISTED WITH MY EXHIBITS" AS I CONTINUED TO ASK STAFF I WAS

13. CONTINUED DENYED AS THE FLORENCE-EYMAN-S.M.U-I STAFFER ARE COVERING

14. FOR THEIR CO-WORKER. MY (2) SECOND RECORDED INMATE TABLET LETTER WAS

15. ON 8-25-21 AS CO II MATTHEW GURDON WORK AND SERVED MY DINNER-TRAY WITH

16. CO II SPERLOCK TIME 3:48 pm (I WAS HOUSED IN 1-A-25) CO II MATTHEW GURDON "STATED"

17. "YEAH I KNOCKED HIM OUT" I CONTINUED TO REQUEST D.O.-802 FORMS. AND I

18. WAS CONTINUOUSLY REFUSED BY STAFF P UNTIL 9-11-21 CO III MR KISS ASSISTED

19. ME IN A PROFESSIONAL MANNER, HE GAVE ME THE INFORMAL COMPLAINT, GRIEVANCES

20. AND THE GRIEVANCES APPEALS FORMS. (I FILLED OUT STARTING MY D.O.802 PROCESS

21. RIGHTS) AS MY EXHIBITS WILL PROVE    LOOK AT DATES CAREFULLY

22.

23. I'M STUCK IN A CELL UNABLE TO DO ANYTHING " WITHOUT " STAFF ASSISTANCES

24. PRO-LONGED ASSISTANCE MEANS PROLONGED FILINGS ! TIME-FRAMES SHOULD BE

25. OVER LOOKED DUE TO THE FLORENCE-EYMAN-S.M.U-I STAFF INTERENCE,

26. I FILED WHEN I WAS ALLOW TO DO SO.

27.         (PARAGRAPH I)

28.    JUST LOOK AT MY EXHIBITS    (A-1 — A-4)

1. (LEGAL ARGUMENT)          (PARAGRAPH 2)

2.

3.   AS THE DEFENDANT MOTION STATES ON PAGE 3 OF THE SUMMARY

4.   JUDGEMENT.

5.   PAGE 3 LINES 19-24 "WHICH READS" (DSOF ¶ 21.)

6.   THE INMATE SUBMITS THE APPEAL TO THE CO IV GRIEVANCE COORDINATOR WHO

7.   LOGS, PROCESSES, AND FORWARDS ALL DOCUMENTS TO THE CENTRAL OFFICE APPEALS

8.   OFFICER WITHIN FIVE WORKDAYS OF RECEIVING THE INMATE GRIEVANCE APPEAL FROM

9.   THE INMATE (Id ¶ 22) AN INMATE MAY NOT FILE AN APPEAL TO THE DIRECTOR

10.  UNTIL THE GRIEVANCE PROCEDURE WITHIN THE INMATE'S ASSIGNED UNIT AND INSTITUTION

11.  HAS BEEN EXHAUSTED.

12.

13.  THE PLAINTIFF Frederick A. Miller "269220" EXHIBIT A-4 CLEARLY WAS STOP

14.  BY THE CO IV BACKS AND NOT MOVED FORWARD

15.  AS THE FLORENCE-EYMAN-S.M.U. I STAFFERS CONTINUE TO HINDER MY

16.  A.U. 802 GRIEVANCE PROCESS (FROM THE BEGINNING TO THE END)

17.

18.  ( PAGE 3 ) LINE 28 READS "THE CO IV GRIEVANCE COORDINATOR AT EACH

19.  UNIT AND APPEALS OFFICER AT THE CENTRAL -

20.  ( PAGE 4 ) LINES 1-4 READS - OFFICE SHALL MAINTAIN ALL INMATE GRIEVANCES

21.  RECORDS TO INCLUDE "UNPROCESSED GRIEVANCES" IN A CONFIDENTIAL AND SECURE

22.  STORAGE AREA. (DSOF ¶ 26.) PRIOR TO RETURNING UNPROCESSED INFORMAL COMPLAINTS,

23.  FORMAL GRIEVANCES (OR) APPEALS, GRIEVANCE COORDINATORS SHALL ANNOTATE

24.  ON THE DOCUMENT THE SPECIFIC REASON FOR THE REJECTION.

25.                    ( PARAGRAPH 3 )

26.  THE FLORENCE-EYMAN-S.M.U I STAFFERS ARE BEING UNTRUTHFUL

27.  " CO II GORDON, CO IV BACKS AND LOOK AT STATE FILES "

28.  002188 AND 002183  WHERE ARE THE CASE NUMBERS. EXHIBITS 5 & 6

1. ( PARAGRAPH 4 )
2. HERE ARE THE PLAINTIFF EXHIBITS - A, B, C AND EXHIBIT D  ALL IN WHICH
3. THE DEFENDENT MATTHEW GORDON §141  FAILED TO MENTION AS HE WAS THE
4. FLORENCE - EYMAN - S.M.U - I STAFF WHO ASSAULTED ME.
5. NOW EXHIBIT - D  SHOWES THE MEDICAL HEARING (AUDIOLOGIST
6. MR. DAVID GARDNER  CONSENT FOR OPERATION, TREATMENT OR SPECIAL PROCEDURES
7. IN WHICH I WAS SEEN ON 9-16-21
8. EXHIBIT D-2  SHOWES THE AUDIOLOGICAL REPORT
9. EXHIBIT - D-3  SHOWES THE RECEIPT FOR EQUIPMENT / SUPPLIES -  (HEARING - AIDS)
10. EXHIBIT - D-4  SHOWES THE AUDIOMETRY TEST RESULTS / WITH NOTES
11. ( HEAD TRAUMA CAUSED PROFOUND LOSS (R) MODERATE
12. EXHIBIT D-5  SHOWES THE TYMANOMETRY TEST RESULTS
13.
14. ( I HAVE PICTURES THEY I WILL PRESENT AT A LETTER DAY )  OF THE AREAS
15. THE FLORENCE - S.M.U - I FACILITY HAS SECURITY WALL MOUNTED CAMERA
16. "YET" THEY FAIL TO PROVIDED PER MY REQUEST, THIS WILL PROVE
17. THIS INCIDENT NEVER HAPPEN AS THE DEFENDENT MOTION OF SUMMARY
18. JUDGMENT EXPLAINS  I WAS HIT FROM BEHIND WHICH HANDCUFF HANDS BEHIND
19. MY BACK, THATS WHY I'M WAS ISSUED 2 HEARING-AIDS.
20. ALL OF THE FLORENCE - EYMAN - S.M.U - I PAPERS ARE FABRICATED INCLUDING
21. THE MISCONDUCT REPORT, MY LAST MISCONDUCT REPORT WAS IN 2021
22. IT FEB. THAT MISCONDUCT DOESN'T EXIST OUT-SIDE OF THE FLORENCE - EYMAN
23. S.M.U - I FACILITY, IT'S A POOR ATTEMPT AT COVERING-UP THE TRUTH.
24. THIS IS THE 2 SECOND ATTACK BY FLORENCE - EYMAN - S.M.U - I STAFF,
25. THE 1 FIRST ATTACK THEY BROKE MY WRIST BONE IN 2019. WILL PROVE
26. AT A LETTER DATE.
27.
28.

1.           ( ~~CERTIFICATE OF SERVICE~~ )

2.   CONCLUSION

3.   FOR THE REASON STATED HEREIN, THE PLAINTIFF RESPONSE TO DEFENDANT

4.   MOTION SHOULD BE GRANTED AND THE CASE SHOULD BE MOVED FORWARD

5.   FOR TRIAL.

6.

7.          (CERTIFICATE OF SERVICE)

8.

9.   I HEREBY CERTIFY THAT ON THIS __2__ DAY OF ~~NOVEMBER~~ DECEMBER, 2022 I

10. HAND DELIVERED TO THE A.S.P.C. TUCSON-RINCON LEGAL MAIL STAFF FOR MAILING

11.   TO :

12.

13.   PATRICK J BOYLE         ASSISTANT ATTORNEY GENERAL

14.   STATE OF ARIZONA
     2005 NORTH CENTRAL AVE

15.   PHOENIX, AZ 85004

16.      AND

17.   CLERK UNITED STATES DISTRICT COURT

18.   SANDRA DAY O CONNOR U.S. COURTHOUSE, SUITE 130
     401 W WASHINGTON ST. SPC-1

19.   PHOENIX, AZ 85003

20.

21.

22.   RESPECTFULLY SUBMITTED ON THIS DAY OF ~~NOV~~ DEC. __2__ 2022

23.

24.                        *Frederick A Mills* 262226

25.                        Frederick A Mills 262226    PRo-SE
                       AS.PC TUCSON-RINCON

26.                        P.o BOX 24402
                       TUCSON, AZ

27.

28.

# SUMMARY

MOTION FROM PLAINTIFF Frederick A. Miller #262220

PAGES 1-6

(PARAGRAPH - I) MARK AS PAGE (•)

EXHIBITS - A-00, A-1, A-2 + A-3

PAGES 1-9

(PARAGRAPH - 2)

EXHIBIT - A-4

(PAGES 10-12)

(PARAGRAPH - 3)

EXHIBIT - 5 + 6

PAGES -13-15

PARAGRAPH - IV

EXHIBITS - A, B, C + D-1, D2, D3, D4 + D5

PAGES 16-25

( PARAGRAPH - 1 )


GRIEVANCE PROCESS

EXHIBITS A - 1 & 2      INMATE INFORMAL COMPLAINT RESOLUTION
                        (INDICATES PROPERTY LOSS)

EXHIBITS A - 3      INMATE GRIEVANCE WITH INMATE GRIEVANCE G.P SUPPLEMENT


        AND


FACTUAL STATEMENT EXHIBIT . A-00

    THE TABLET INMATE LETTER SYSTEM    DATES
    (1)      08 - 05 - 2021      C.C. 1 - A2A - 38000076105A
    (2)      08 - 25 - 2021      C.C 1 - A2A - 38000080 3014


    I USED WHAT WAS AVAILABLE IN TIMELY MANNER
    1ST THE TABLET SYSTEM
    2ND THE GRIEVANCE PROCESS

**Miller 262220**

Apparently neither the Securus lady, nor ADCRR staff is allowed to print any Securus emails without permission from Central Office.

She said you need to request copies from Central Office and to address your request to:

**Ron Lee** or

**Lance Hetmer**

If you have a civil law suit your lawyers can also request the documents through the legal team at Central Office.

Here's the list again:

CCIAZA380000631823 from 05-28-2021

CCIAZA380000661324 from 06-15-2021

CCIAZA380000663939 from 06-16-2021

CCIAZA380000711489 from 07-11-2021

CCIAZA380000761051 from 08-05-2021 x (1)

CCIAZA380000803014 from 08-25-2021 x(2) I will Re waRte

CCIAZA380000882746 from 10-01-2021

CCIAZA380000899584 from 10-09-2021                    z/press r

FoLN noT      11 9-22

(2)

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. CO⚲ Kiss #1850
Please print all information. 9-11-21

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| MILLER FREDERICK | 262220 | EYMAN · S.M.4-I | 9-10-21 |

TO CO⚲ KASS

LOCATION
3-N-21

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

GOOD MORNING

HERE I WRITE THIS FORMAL COMPLAINT OF STAFF ASSAULT. ON 8-4-21 I WAS ASSAULTED WHILE IN HAND-CUFFS RETURNING FROM WING-I CAGES, DUE TO I ESCORTED FROM WING-I POD 4 CELL 29. AS WING-I POD 4 WAS BEING PAINTED, MYSELF AND 3 OTHER INMATES WERE ESCORTED OUT-SIDE TO AVOID PAINT FUMES CELL 26, CELL 28, CELL 31 & MYSELF CELL 29. AT AROUND 7:00AM WERE REMOVED FROM CELLS. IS ON WING-I POD 4 SECURITY CAMERAS. AROUND 10:00 OR 10:30AM CO⚲ GORDAN ESCORTED CELL 26, 28, 31 THEN ME CELL 29. I EXIT THE WING-I POD 4 SECURITY AND WAS HIT IN THE HEAD AND KNOCKED OUT. I NEVER MADE IT BACK TO WING-I POD 4 CELL 29. AS TO CELL 26, 28 AND 31 WENT BACK TO THEIR CELL AS THE WING-I POD 4 SECURITY WILL WILL PROVE. AS FOR MYSELF CELL 29 I AWOKE IN A SECURITY CHAIR STRAP DOWN WITHOUT MY SHORTS ON. TAKING TO MEDICAL FOR MEDICAL CLEARANCE AFTER BEING ASSAULTED AND SPRAYED WITH CHEMICAL AGENT. I AWAKED THE MEDICAL NURSE THAT I COULDN'T HEAR AFTER BEING ASSAULTED. SEEN BY NURSE DOTSON ON 8-7-21 ESCORTED BY CO⚲ HUNTER #918 SEEN AGAIN ABOUT HEAD INJURY NOT BEING ABLE TO HEIR DUE TO ASSAULT BY OFFICER GORDAN ON 8-4-21

S.M.U-I CAMERAS CAN CONFIRM

INMATE SIGNATURE
Frederick Miller

DATE (mm/dd/yyyy)
9-11-21

Have you discussed this with institution staff?  ☑ Yes  ☐ No

If yes, give the staff member name: CO⚲ KISS

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

(3)

802-11
6/25/14

A · 2



# Inmate Grievance/Informal Response Notice
## Non-Medical

**Inmate Name:** FREDRICK MILLER

**ADC#:** 262220

**Prison/Unit:** EYMAN/EYMAN SMU I

**Bldg/Bed:** A38 WG3D321B

## Case #:21-033361

## Informal Complaint

**Type:** Informal Response

**Date Received:** 09/24/2021 10:26 AM

**Response Author:** MICHELET SMITH

**Responded On:** 09/24/2021 10:27:51 AM

**Decision:**

## Case Details

**Case Number:** 21-033361

**Grievance Status:** Unprocessed

## Case Data

**Prison of Complaint:** EYMAN

**Opened Date:** 09/24/2021 10:26 AM

**Grievance Category:** Conditions of Confinement

**Unit of Complaint:** EYMAN SMU I

**Grievance Stage:** Informal Submitted

## Informal Grievance Response

9-25-31 GRIEVANCE MTE

**Grievance Date:** 08/04/2021 12:00:00 AM ← ERROR

**Response Due:** 10/18/2021 10:26 AM

**Issue:** Alleged Staff Assault

**Responder:** MICHELET SMITH

**Response:** This is in response to your informal complaint dated 09/10/2021,Based on your informal complaint and our cell front conversation on 09/20/21, you've indicated COII Gordon punched you on the right side of your face. This incident happened after you were cuffed and exited an outside recreation-holding enclosure on 08/04/2021.Thank you for bringing this matter to my attention. Due to the date of this alleged incident, this informal complaint is being unprocessed.Per DO 802 – Inmate Grievance, Section 2.0 Informal Complaint Resolution: 2.1 Inmates shall attempt to resolve their complaints through informal means including, but not limited to, discussion with staff in the area most responsible for the complaint or through the submission of an Inmate Informal Complaint Resolution, Form 802-11. 2.2 In the event an inmate is unable to resolve their complaint through informal means, he/she may submit an Informal Complaint on an Inmate Informal Complaint Resolution form to the Correctional Officer (CO) III in their respective unit. The Informal Complaint must be submitted within ten workdays from the date of the action that caused the complaint. The Inmate shallattach copies of all documentation to support his/her complaint. Sections 10.1 The following Informal Complaint(s), Formal Grievance(s), or Appeal(s) shall be rejected and returned to the inmate as unprocessed: 10.1.5 Filed past the time frame requirement unless there are extenuating circumstances (i.e., inmates not aware of property losses until after returning from court, a hospital or a Criminal Detention Unit). This resolves your complaint at this time and is unprocessed. This is also a written notice to you to refrain from submitting multiple informal complaints on the same or previous issue that was resolved. Disciplinary may be issued to inmate(s) who failed to follow rules, procedures and policies.

☑ Unprocessed

**Reason(s) not processed:**
Past the time frame

**Officer's Name:** SMITH, MICHELET M

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
· Placing a single complaint on a single Inmate Grievance form.

( 4 )

A3



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY |  |
| --- | --- |
| _Don_ | |
| TITLE | |
| _C.O.II_ | |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| 8364 | 09/27/2021 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE *(mm/dd/yyyy)* |
| --- | --- | --- |
| MILLER FREDERICK | 262220 | 9-25-21   STARTED |
| INSTITUTION/FACILITY | | CASE NUMBER |
| EYMAN - S.M.U. I | | 21-033361 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

IM TRYING TO INFORMALLY RESOLVE THE FOLLOWING PROBLEM, I WAS ASSAULTED BY C.O.II GORDON ON 8-4-21 AFTER BEING ASSAULTED I WAS SEEN BY MEDICAL 7 DAYS LATER, NURSE DUTTON SENT ME TO A HEARING DOCTOR WHICH RESULTED IN ME RECEIVING (2) TWO HEARING AIDS, IM WAITING FUTHER EVALUATION. DETAILS WILL BE INCLUDED ON MY ATTACHED GRIEVANCE SUPPLEMENT (802-7)

THANKS FOR YOUR TIME

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

INVESTIGATE MATTER AND REMOVE STAFF FROM FURTHER CONTACT WITH INMATES.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
| --- | --- | --- | --- |
| Frederick Miller | 9-25-21 | COII | 9/30/21 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
| --- | --- |
| | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| --- | --- | --- |
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

(5)



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance – GF Supplement



| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| MILLER KREDERICK | 262220 | EYMAN - S.M.U-I | 21-033361 |

ON-8-4-21 I WAS ASSAULTED BY CO II GORDON, THAT DAY AN INMATE CREW WAS BROUGHT IN TO PAINT THE POD, 1-A-POD4. EVERYONE THERE WAS ASKED IF THE FUMES WERE TO MUCH, THEY COULD BE MOVED OUT OF THE POD TEMPORARILY. THREE OTHER INMATES AND MYSELF (CELLS 26, 28 & 31 & 29-ME) ASKED TO BE MOVED AND WERE MOVE TO THE OUTDOOR REC AREA OF WINE1. WHEN THE WORK WAS DONE WE WERE TO BE MOVED BACK INTO OUR CELLS. I WAS THE LAST TO BE MOVED OF THE GROUP. AFTER BEING CUFFED AND LEAD OUT OF THE REC CAGE I WAS ASSAULTED, I WAS HIT ON THE RIGHT SIDE OF MY HEAD FROM BEHIND, AFTER CO II GORDON WENT BEHIND ME TO CLOSE THE REC CAGE, I WAS KNOCKED UNCONSCIOUS, WHEN I CAME TO I WAS STRAPPED ONLY IN MY THRU UNDERWEAR AND STRAPPED INTO A CHAIR AT MEDICAL AWAITING EVALUATION, A CAPTAIN AND LT WERE THERE AND ASKED ME WHAT HAPPENED I TOLD THEM, I WAS ASSAULTED AND NOW IM HERE AFTER BEING KNOCKED OUT. MY MEDICAL EVALUTION WAS JUST A VITIL CHECK AND I WAS SENT BACK TO MY CELL, I WAS GIVEN CLOTHING AND SENT BACK TO CELL 1-A-25 I PUT INN MEDICAL (HDR) FORM IN FOR HEADACHES THREE DAYS LATER I WAS PULLED OUT FOR MEDICAL ESCORTED BY CO II HUNTER. I WAS EXAMINED BY NURSE DUTTON ON 8-7-21 EXPRESSING PAIN'S TO MY HEAD AND HEARING LOSS, ALSO SEEING WHITE SPOTS IN MY VISION. SINCE THEN I'VE BEEN SEEN BY A HEARING DOCTOR.

                    THANKS FOR YOUR TIME

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Frederick Miller | 7 -25- 21 |

INITIAL DISTRIBUTION:  GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION:  White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

(6)



**Inmate Grievance** 

| | RECEIVED BY |
|---|---|
| | _Dopel_ |
| | TITLE |
| | _GI_ |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 6264 | 09/27/2021 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| MILLER FREDERICK | 262220 | 9-25-01 |

| INSTITUTION/FACILITY | |
|---|---|
| EYMAN-S.M.U-I | CASE NUMBER |
| | 21-033361 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

I'M TRYING TO INFORMALLY RESOLVE THE FOLLOWING PROBLEM ON 8-4-21 I WAS ASSAULTED BY STAFFER C.O II GORDAN, I'VE E-MAILED D.W MS. STICKLEY IN TIMELY MANNER REFERENCE # CCI-ARA 38000076/051 E-MAIL RESPONDED BY C.O II GONZALEZ ON 8-17-21, I THEN WROTE AGAIN ON 8-25-21 ASK IM WAITING D.W MS STICKLEY RESPONDED TO SECOND E-MAIL REFERENCE # CCI-ARA 38000080 2014 AS I PROCEEDED TO FILE INFORMAL RESOLUTION, I RECEIVED FROM C.O II SM7H ON 9-9-21, AND 9-10-21 I GIVE CO II KISS THE INFORMAL RESOLUTION COMPLAINT, I'VE USED E-MAILING AS "I WAS DENIED INMATE LETTERS" I'VE NOTIFIED S.MN. I PERSONAL IN TIMELY MANNER THEIR RESPONSES WERE UNTIMELY, CO II SMITH WAS THE ONLY STAFFER WAS GIVE ME PAPERWORK "NOW I'M SUBMITTING GRIEVANCE IN TIMELY MANNER, PER 802.11 (CONDITION OF CONFINEMENT- CLAIM FILED PROPERLY UNDER THE CIRCUMSTANCES) FURTHER EXPLANATION IN ATTACHED GRIEVANCE SUPPLEMENT

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

AS STATED IN THE GRIEVANCE SUPPLEMENT ATTACHED THE TIMEING OF THIS MATTER SHOULD BE RECONSIDER DUE TO THE CIRCUMSTANCE AND THE MATTER OF STAFF ASSAULT SHOULD CONTINUE IT'S INVESTIGATION

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Frederick Miller | 9-25-21 | | 9/30/21 |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

(7)

 
| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| MILLER FREDER | 262220 | EYMAN · S.M.U. I | 21-033361 |

I WAS ASSAULTED ON 8-4-21, I HAD WRITTEN AN INMATE LETTER, ADDRESSED TO D.W STICKLEY ON 8-5-21 CCI-A2A-38000076105T, I WAS ASKING FLOOR OFFICERS REPEATED FOR AN INFORMAL RESOLUTION NONE OF WHICH WOULD GIVE ⟶ I GONZALEZ HAD RESPOND TO MY INMATE LETTER ON 8-17-2021, THE RESPONSE WAS INADEQUATE I AGAIN WROTE TO D.W STICKLEY ON ~~8-17-21~~ ON 8-25-21 CCI-A2A-38000080314 IN HOPES OF RESOLVING THIS MATTER DUE TO LACK OF PAPERWORK, AND UNCOOPERATIVE STAFF, D.W STICKLEY INMATE LETTER WAS NOT YET ANSWERED, I CONTINUED TO ASK FOR AN INFORMAL RESOLUTION FORM (802-11) WHICH WERE NOT BEING GIVING TO ME, ON AN ERRAND OR CO III SMITH TO ADDRESS A CONCERN FOR SOME ONE ELSE IN THE POD. CO III SMITH SAID HE WOULD PUT A FORM (802-11) IN THE MAIL. WHICH I RECEIVED THAT NIGHT AND SUBMITTED THE FOLLOWING DAY TO CO T. LOSS. DUE TO THE CIRCUMSTANCES, LACK OF PAPERWORK, UNCOOPERATIVE STAFFERS, STAFF SHORTAGES, ETC, I TRIED TO RESOLVE THIS MATTER VIA THE MEANS I HAD AT MY DISPOSAL. "TABLET" I'VE RECORDED MOST STAFF ABUSE TO ME ON MY TABLET, IF ONLY SOME COMES TO SEE ME?

THANKS FOR YOUR TIME

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *Frederick Miller* | 9 - 25 - 21 |

INITIAL DISTRIBUTION:    GF Supplement – White and Canary or Copies - Grievance Coordinator       802-7
                           Pink, or Copy - Inmate       12/12/13

FINAL DISTRIBUTION:    White or Copy – Inmate
                           Canary or Copy – Grievance File

(8)

A-3

# ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION AND REENTRY
## ARIZONA STATE PRISON COMPLEX – EYMAN / SMU I

TO: *Miller*          ADC# *262220*          LOC: *3-D-2113*

FROM: COIV Backes – Grievance Coordinator

Date: *9/30/21*

## SUBJECT:  Unprocessed Inmate Grievance
The Inmate Grievance you submitted does not constitute a grievance. This is not a response to your Inmate Grievance. Your Inmate Grievance is being returned unprocessed because you failed to follow the grievance procedure per Policy as noted below:

( )     You did not provide proof of submitting the Informal Resolution to your assigned COIII.

( )     You did not submit the Informal Resolution 802-11 within 10 working days of the action that caused the complaint.

( )     You are past time frames (5 working days) for filing a Grievance.

( )     You are past the time frames (5 working days) for filing an appeal.

( )     Used incorrect forms/have used the forms incorrectly.

(X)     The Inmate Grievance is a duplicate and/or repetitive.

( )     You did not provide original copies of documentation essential to the resolution (i.e. Inmate letter, COIII inmate letter response to informal resolution, property forms, store receipts, dates etc.).

( )     Inmates shall, in writing, specify what attempts were made to resolve the complaint

( )     Grievance contains more than one complaint. Only one complaint per grievance allowed.

( )     You have been previously served with a letter that you have abused the Inmate Grievance System and that any future grievances will be assigned a number and returned with no answer and will not be subject to appeal.

( )     You may only use the grievance process for the following issues: property, staff, visitation, mail, food service, institutional procedures, Department written Instructions, programs access, health care, religion and conditions of confinement.

( )     Computation issues shall be addressed first by submitting an inmate letter to the inmate's assigned Institution Offender Information Unit.

( )     Inmates may not use the inmate grievance system for classification, discipline issues, or any other system that has its own unique appeal process.

( )     This is not considered an emergency grievance. Please follow proper grievance procedures per D.O. 802

( )     The Inmate Tablets are supplied by a third party vendor, if you are experiencing an issue with your tablet you must Submit your complaint to Secure. This is not a ADCRR grievance issue.

(X)     *Once the Informal Resolution, Grievance or Appeal paperwork has been deemed "Unprocessed" by the Grievance Coordinator, the complaint is considered rejected as per policy. You cannot go to the next level of the grievance process.*

(X)     **Other:  UNPROCESSED – The Inmate Grievance you filed is not within policy**

NOTE: All original time frames still apply. You must submit grievances per policy D.O. 802 (October 16, 2016).

( 9 )

( PARAGRAPH - 2 )

EXHIBIT - A-4     INMATE GRIEVANCE APPEAL

THE FLORENCE - EYMAN - S.M.U-I  CO $\overline{IV}$  BACHES  ( GRIEVANSE COORD )
STOP FROM THE SUBMITTION TO CENTRAL OFFICE ADDRESS
TO THE DIRECTOR   MR. SHINN



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

A4

Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| | |
|---|---|
| Received By: | VALENZUELA |
| Title: | COII |
| Badge #: | 5135 |
| Date: (mm/dd/yyyy) | 10|3|21 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| MILLER FREDERICK | 262220 | 10 - 3 - 21 |

| INSTITUTION | CASE NUMBER |
|---|---|
| EYMAN - S.M.U. I | 21 - 033361 |

TO: DIRECTOR SHINN - CENTRAL OFFICE

I am appealing the decision of GRIEVANCE COORD - COII BACKES for the following reasons:

(1) THE INMATE GRIEVANCE IS NOT DUPLICATE AND/OR REPETITIVE, (2) THE INMATE GRIEVANCE SHOULD NOT BE UNPROCESSED DUE TO: I FILED TWO GRIEVANCES (802-1) AFTER MY INFORMAL (802-11) WAS DISMISSED AS UNPROCESSED DUE TO "PAST THE TIME FRAME". DUE TO SPACE LIMITATIONS I FELT I NEEDED TO ONE GRIEVANCE (802-1) FOR THE ISSUE OF "PAST THE TIME FRAME" IN ORDER TO EXPLAIN THE CIRCUMSTANCES AND DUE DILIGENCE IN ORDER TO RESOLVE THIS ISSUE. THE SECOND GRIEVANCE (802-1) WAS FILED TO ADDRESS THE PRIMARY ISSUE OF BEING ASSAULTED BY COII GORDON WHICH ACCORDING TO THE INFORMAL RESPONSE FROM CO III SMITH WAS BEING "SWEPT UNDER THE RUG" THEREFOR ENCOURAGING AND FOSTERING THIS SORT OF CULTURE BY DENYING ADMINISTRATIVE RELIEF.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Frederick Miller | 10 - 3 - 21 | COII B | 10/4/21 |

RESPONSE TO INMATE BY _____  LOCATION _____

STAFF SIGNATURE _____  DATE (mm/dd/yyyy) _____

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

(11)

A-4

# ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION AND REENTRY
## ARIZONA STATE PRISON COMPLEX – EYMAN / SMU I

TO: *Miller*　　　ADC# *269970*　　　LOC: *3 - D - 21 /3*

FROM: COIV Backes – Grievance Coordinator

Date: *10 / 14 / 21*

### SUBJECT: Unprocessed Inmate Grievance

The Inmate Grievance you submitted does not constitute a grievance. This is not a response to your Inmate Grievance. Your Inmate Grievance is being returned unprocessed because you failed to follow the grievance procedure per Policy as noted below:

( )　You did not provide proof of submitting the Informal Resolution to your assigned COIII.

( )　You did not submit the Informal Resolution 802-11 within 10 working days of the action that caused the complaint.

( )　You are past time frames (5 working days) for filing a Grievance.

( )　You are past the time frames (5 working days) for filing an appeal.

( )　Used incorrect forms/have used the forms incorrectly.

( )　The Inmate Grievance is a duplicate and/or repetitive.

( )　You did not provide original copies of documentation essential to the resolution (i.e. Inmate letter, COIII inmate letter response to informal resolution, property forms, store receipts, dates etc.).

( )　Inmates shall, in writing, specify what attempts were made to resolve the complaint

( )　Grievance contains more than one complaint. Only one complaint per grievance allowed.

( )　You have been previously served with a letter that you have abused the Inmate Grievance System and that any future grievances will be assigned a number and returned with no answer and will not be subject to appeal.

( )　You may only use the grievance process for the following issues: property, staff, visitation, mail, food service, institutional procedures, Department written Instructions, programs access, health care, religion and conditions of confinement.

( )　Computation issues shall be addressed first by submitting an inmate letter to the inmate's assigned Institution Offender Information Unit.

( )　Inmates may not use the inmate grievance system for classification, discipline issues, or any other system that has its own unique appeal process.

( )　This is not considered an emergency grievance. Please follow proper grievance procedures per D.O. 802

( )　The Inmate Tablets are supplied by a third party vendor, if you are experiencing an issue with your tablet you must Submit your complaint to Secure. This is not a ADCRR grievance issue.

(X)　*Once the Informal Resolution, Grievance or Appeal paperwork has been deemed "Unprocessed" by the Grievance Coordinator, the complaint is considered rejected as per policy. You cannot go to the next level of the grievance process.*

(X)　**Other: UNPROCESSED – The Inmate Grievance you filed is not within policy**

NOTE: All original time frames still apply. You must submit grievances per policy D.O. 802 (October 16, 2016).

(12)

( PARAGRAPH - 3 )

EXHIBITS  5 & 6

EXHIBIT  5  THE FLORENCE AYMAN - S.M.U - I ( UNPROCESSED )

EXHIBIT  6  THE FLORENCE AYMAN S.M.U - I ( UNPROCESSED )

"YET" EXHIBIT A-4 NOT MENTION ON THE SUMMARY OR JUDGMENT



**ARIZONA DEPARTMENT OF CORRECTIONS**

EXHIBIT 5

**Unit Coordinator Grievance Log**

| INSTITUTION/FACILITY | MONTH | YEAR | PREPARED BY *(Last, First M.I.) (Please print)* |
|---|---|---|---|
| **ASPC Eyman SMU1 Unprocessed** | **August** | **2021** | **COIV D. Backes** |

| Inmate Name | ADC Number | Category Number | Grievance Description | Case Number | Deputy Warden/ Services Assistant Director | | Warden/Health Services Assistant Director | | Director | | Risk Management | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Received | Returned | Received | Returned | Received | Returned | Filed | Paid |
| REDACTED | ■ | 16 | Tablet replacement | N/A | 8/2/21 | 8/2/21 | | | | | | |
| REDACTED | ■ | 03 | Miscellaneous | N/A | 8/5/21 | 8/5/21 | | | | | | |
| REDACTED | ■ | 28 | Wants to program | N/A | 8/11/21 | 8/11/21 | | | | | | |
| REDACTED | ■ | 10 | Wants records | N/A | 8/11/21 | 8/11/21 | | | | | | |
| REDACTED | ■ | 16 | Missing items | N/A | 8/11/21 | 8/11/21 | | | | | | |
| REDACTED | ■ | 16 | Contrabanded book | N/A | 8/16/21 | 8/16/21 | | | | | | |
| REDACTED | ■ | 22 | Wants copies | N/A | 8/16/21 | 8/16/21 | | | | | | |
| REDACTED | ■ | 16 | Wants book | N/A | 8/16/21 | 8/16/21 | | | | | | |
| REDACTED | ■ | 16 | Legal boxes | N/A | 8/16/21 | 8/16/21 | | | | | | |
| Miller | 262220 | 16 | Missing property | N/A | 8/19/21 | 8/19/21 | | | | | | |
| REDACTED | ■ | n/a | n/a | N/A | 8/19/21 | 8/19/21 | | | | | | |
| REDACTED | ■ | 16 | Broken TV | N/A | 8/30/21 | 8/30/21 | | | | | | |
| REDACTED | ■ | 22 | Staff hindering | N/A | 8/30/21 | 8/30/21 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

01 - Banking
02 – Classification/Time Computation
03- Conditions of Confinement
04 – Counseling/Treatment

05 - Discipline
06 – Education
07 – Escorted Visits
08 - Facilities

09 - Food
10 – Health Care
11 – Interstate Compact
12 – Legal Access

13 - Mail
14 - Parole
15 – Phones
16 – Property

17 – Protective Segregation
18 – Release Eligibility
19 - Religion
20 – Safety

21 – Security Threat Groups
22 – Staff
23 – Transfer Requests
24 – Visitation

25 – Work/Pay
26 – Policy/Department Orders
27 – Procedures/Institution Orders
28 – Program Access

NOT TRUE

(14)

STATE-002188

 **ARIZONA DEPARTMENT OF CORRECTIONS**

*EXHIBIT 6*

**Unit Coordinator Grievance Log**

| INSTITUTION/FACILITY | | | | | MONTH | | YEAR | PREPARED BY *(Last, First M.I.) (Please print)* | |
|---|---|---|---|---|---|---|---|---|---|
| **ASPC Eyman SMU1 Unprocessed** | | | | | **September** | | **2021** | **COIV D. Backes** | |

| Inmate Name | ADC Number | Category Number | Grievance Description | Case Number | Deputy Warden/ Services Assistant Director | | Warden/Health Services Assistant Director | | Director | | Risk Management | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Received | Returned | Received | Returned | Received | Returned | Filed | Paid |
| REDACTED | ▉ | 22 | Staff | N/A | 9/28/21 | 9/28/21 | | | | | | |
| REDACTED | ▉ | 16 | Property | N/A | 9/28/21 | 9/28/21 | | | | | | |
| REDACTED | ▉ | 03 | Cond. Of Confin | N/A | 9/28/21 | 9/28/21 | | | | | | |
| Miller | 262220 | 22 | Staff  *ASSAULT* | N/A | 9/30/21 | 9/30/21 | | | | | | |
| REDACTED | ▉ | 16 | Property | N/A | 9/30/21 | 9/30/21 | | | | | | |
| REDACTED | ▉ | 16 | Property | N/A | 9/30/21 | 9/30/21 | | | | | | |
| REDACTED | ▉ | 16 | Property | N/A | 9/30/21 | 9/30/21 | | | | | | |
| REDACTED | ▉ | 16 | Property | N/A | 9/30/21 | 9/30/21 | | | | | | |
| REDACTED | ▉ | 16 | Property | N/A | 9/30/21 | 9/30/21 | | | | | | |
| REDACTED | ▉ | 08 | Pod Time | N/A | 9/30/21 | 9/30/21 | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

01 - Banking
02 – Classification/Time Computation
03- Conditions of Confinement
04 – Counseling/Treatment

05 - Discipline
06 – Education
07 – Escorted Visits
08 - Facilities

09 - Food
10 – Health Care
11 – Interstate Compact
12 – Legal Access

13 - Mail
14 - Parole
15 – Phones
16 – Property

17 – Protective Segregation
18 – Release Eligibility
19 – Religion
20 - Safety

21 – Security Threat Groups
22 – Staff
23 – Transfer Requests
24 – Visitation

25 – Work/Pay
26 – Policy/Department Orders
27 – Procedures/Institution Orders
28 – Program Access

*GRIEVINCE*
*STAFF ASSAULT - (THEY JUST HAVE STAFF
CONTINUNE TO BE UNTRUTHKUL)*

(15)

STATE-002193

( PARAGRAPH - 4 )

EXHIBITS - A.B.C & D1-5

A. DAY OF ASSAULT DATED 8-4-31 MARK AS MAN-DOWN

B. MEDICAL CALL DATED 8-7-31 MEDICAL TREATMENT

C. MEDICAL CALL FOLLOW-UP 8-21-31 SENT TO AUDIOLOGIST
(ALL DATED 9-10-31) HEARING LOSS

EXHIBITS D-1 ADD.C MEDICAL CONSENT FOR TREATMENT (AUDIOLOGIST) MR DAVID GARDNER
2 AUDIOLOGICAL REPORT
3 RECEIPT FOR EQUIPMENT /SUPPLIES (HEARING-AIDS)
4 AUDIOMETRY- DESCRIBED INJURY (HEARING TEST RESULTS)
5 TYMPANOMETRY (TEST RESULTS EAR PRESSURE)

ALL EXHIBITS RELATED TO INMATE HEARING-LOSS THE
DEFENDANT "V II MATTHEW, GORDON FAILED TO GIVE NOTICE OF IN THEIR
MOTION ... "I WONDER WHY"

16



| CHSS027J | Condensed Health Services Encounter | Wednesday November 10, 2021 09:28:44 AM | |
|---|---|---|---|

| | ADC #: 262220   Inmate Name: MILLER, FREDRICK A.<br>ENCOUNTER DATE: 08/04/2021   TIME: 13:41:26   DURATION: minutes   TYPE: Nurse - ICS Response<br>LOCATION: ASPC-E SMU I EAST [A38]   SETTING: Clinic |
|---|---|
| S | Are interpreter services needed for this inmate: No<br>NOTES: Pt initially refused medical, then requested it. |

| Location of Man-Down: Wing 1 | | Date of Incident: 08/04/2021 | Time of Incident: 12:00:00 |
|---|---|---|---|
| Time Healthcare Notified: 12:02:00 | | Time Healthcare<br>Arrived: 12:05:00 | Location Services<br>Provided: HU |
| Description of Incident Cellie attacked pt. Pt and cellie evaluated by<br>medical. | | | |

| O | CURR: 13:41:26   TEMP: 97.3   PULSE: 94   RP: 18   BP: 160/100   HT: 5 ft.   8 in.   WT: 205 lb   BLOOD SUGAR: NA<br>02 SAT: 99.00%   SOURCE: Room Air<br>NOTES: Pt was attached by another IM. Pt has little to no visible injuries. Pt A&O X 4. |
|---|---|

| Airway: ☑ Patent (open and unblocked) | Breathing: ☑ Present | Circulation: ☑ Pulse present |
|---|---|---|
| Profuse Bleeding: ☑ Not applicable | Possible Cervical Spine Injury: ☑ Not applicable | ☑ Bleeding Controoled |
| Pulse: ☑ Normal/Regular | Respiratory Rate: ☑ Normal | Skin Temperature: ☑ Normal |
| B/P: 160/100 | SaO2: 99 | |

| A | NOTES: Alteration in comfort |
|---|---|

| Level of Response: ☑ Awake | Cervical Spine: ☑ No pain, tenderness, signs of injury | Scalp: ☑ No pain, tenderness, signs of<br>injury, bleeding |
|---|---|---|
| Eyes and Pupils: ☑ PupilsERL | Face, Ears, Nose, and Mouth: ☑ No pain, tenderness,<br>signs of injury, bleeding | Chest/Lungs: ☑ Lungs CTA bilaterally |
| Abdomen: ☑ No pain, tenderness, signs<br>of injury, bleeding | Pelvis/Lower Back: ☑ No pain, tenderness, signs of<br>injury, bleeding | Lower Extremities: ☑ Bilateral<br>movement, strength |
| Upper Extremities: ☑ Bilateral movement,<br>strength | | |

| P | NOTES: Pt cleared to house. |
|---|---|
| | Ongoing Assessments: ☑ None indicated |

| E | NOTES: HNR PRN |
|---|---|

| Provider: NA | | Provider: NA | | Provider: NA |
|---|---|---|---|---|
| Provider: NA | | Provider: NA | | Provider: NA |
| Final Disposition: ☑ Return to Housing Unit | | ☑ Other (Explain): NA | | |

| H/S | MH Status: Outpatient-Regular MH Contact |
|---|---|
| | STAFF: Shaw, Cameron, RN   Registered Nurse<br>NURSE SIGNATURE: |

(12)

CHSS027J    Condensed Health Services Encounter              Wednesday November 10, 2021 09:29:20 AM

| | |
|---|---|
| | ADC #: 262220   Inmate Name: MILLER, FREDRICK A. <br> ENCOUNTER DATE: 08/07/2021  TIME: 07:40:59  DURATION: minutes  TYPE: Nurse - Sick Call - Scheduled <br> LOCATION: ASPC-E SMU I EAST [A38]  SETTING: Interactive Telemedicine |

**S**  Are interpreter services needed for this inmate: No
H/S REQUEST RECEIVED: 08/07/2021  TYPE: Routine
NOTES: 1.Patient seen in AZ DOC prison– Eyman /SMU complex in Florence AZ by an AZ licensed provider2.Patient afforded opportunity to ask questions regarding telehealth platform3.Patient gave verbal consent but written consent for telemedicine signed during nurse evaluation4. Patient identity verified with ADC number, name, and DOB.
Request Date: 08/07/2021
I am having problems hearing in my right ear.  DO to being hit by staff.  I was assaulted while my hands were behind my back on 8/4/21. Please assist my right side of my face is swollen between my ear and my eye.  Thanks
COII monroe assaulted me!  He was the escorting officer it on wing 1 secutiry cameras 8/4/21
"I was assaulted and hit in the head while hand cuffed. I am now having headaches and difficulty hearing out of my R ear. "

| Chief complaint: Headache with white flashes | Onset date: 3 days | ☑ Pain |
|---|---|---|
| Describe location: R ear | Pain scale: Now 6 | At worst: 9 |
| What makes it worse: ☑ Throbbing | Pertinent Medical Conditions: ☑ HTN | |

**O**  PREV: 07:36:27  TEMP: 96.7  PULSE: 77  RP: 16  BP: 130/86  HT: 5 ft.  8 in.  WT: 206 lb  BLOOD SUGAR: NA
02 SAT:  98.00%  SOURCE: Room Air
NOTES: A&O x 4, Posture erect without assistance.
Head: Normocephalic, round, symmetrical, no lumps, no masses, no lesions visualized during this encounter
Skin: Current with ethnicity No lesions, masses or lumps noted during this encounter.
Patient is calm and cooperative and makes eye contact throughout this encounter. Patient speaks in full clear sentences. No acute distress noted patient is cleared for housing.
No signs of trauma noted during encounter.

| Mental Status: ☑ Alert | Oriented to: ☑ Person ☑ Place ☑ Time | Eyes: ☑ Normal |
|---|---|---|
| Skin: ☑ Normal facial symmetry | Neck: ☑ Neck supple ☑ Hand grip equal and strong | ☑ Gait: able to walk/normal gait |

**A**  NOTES: Alteration in comfort related to pain

| Nursing Diagnosis ☑ Alteration in comfort | Related To ☑ Headache pain |
|---|---|

**P**  NOTES: PL

| Referral to medical Practitioner Routine Referral (To be seen within 14 days) | Sick Call Follow Up ☑ Practitioner |
|---|---|

**E**  NOTES: HNR PRN

| Patient Education: ☑ Patient educated to contact medical if symptoms develop or worsen | ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return |
|---|---|

**H/S**  MH Status: Outpatient-Regular MH Contact

STAFF: DUTTON, ALEX   Registered Nurse
NURSE SIGNATURE: _____

| CHSS027J | Condensed Health Services Encounter | Wednes. .  . mber 1 , 2021 09:29:53 AM |

| | ADC #: 262220    Inmate Name: MILLER, FREDRICK A.<br>ENCOUNTER DATE: 08/21/2021   TIME: 12:38:00   DURATION: minutes   TYPE: Provider - Sick Call - Scheduled<br>LOCATION: ASPC-E SMU I EAST [A38]    SETTING: Clinic |
|---|---|
| S | Are interpreter services needed for this inmate: No<br>NOTES: Patient reports to clinic for evaluation of ear ringing and difficulty hearing following altercation with security staff on 08/04/2021.<br><br>Today he denies n/v/d, fever, epistaxis, fatigue, headache, vision changes and complete loss of hearing. |
| O | PREV: 09:29:43   TEMP: 97.0   PULSE: 85   RP: 16   BP: 136/84   HT: 5 ft.   8 in.   WT: 206 lb   BLOOD SUGAR: NA<br>02 SAT: 97.00%   SOURCE: Room Air<br>NOTES: gen: a&ox3, nad vss<br>bilat ears: no gross deformity of external ear, tm intact, ear canals clear, gross hearing intact |
| A | NOTES: ear exam - wnl |
| P | APPT SCHEDULED: Provider - On-site Consult   WITH: Generic, Practitioner<br>ON: 09/10/2021   AT: 08:00:00<br>Consultation Request: On-site Clinic<br>Service Type:    Priority: Routine<br>NOTES: 1. f/up with onsite audiology or nursing for audiometry.<br>2. f/up prn with HNR |
| E | NOTES: poc |
| H/S | MH Status: Outpatient-Regular MH Contact |
| | STAFF: Brathwaite, Michael, FNP-C   Nurse Practitioner |

PROVIDER SIGNATURE: _____

Brathwaite, Michael, FNP-C

(19)

**RECEIVED**
By abardwell at 2:30 pm, Sep 10, 2021

EAR
4 X h.A.7 - D 1

# ARIZONA DEPARTMENT OF CORRECTIONS
## Consent for Operation, Treatment or Special Procedures



FACILITY: _Eyman -SMU_

I, _Frederick Miller_ AZCD# _262220_ hereby give my consent for

The following operation, treatment, examination or special procedure to be carried out:

_____ Audiology: _____
(Name and description of operation, examination or special procedure)

I authorize and direct _____ M.D./D.D.S or his or her designed representative

_David Gardner_____ to perform the operation, treatment, or special procedure indicated.

The nature and consequences, risks and alternative concerning the proposed operation, treatment examination or special procedure have been explained to me in terms which are understandable to me.

Any tissue or foreign body removed in my operation or procedure will be disposed of at the discretion of the physician.

I realize that I have the right to refuse the recommended operation, treatment, examination or special procedure.

_Frederick Miller_                    _262220_              _7-10-21_
Patient Signature                        AZCD#                    Date

**Instructions: In the event the patient is unable to sign (i.e., uses "X") two witnesses are required.
              If patient refuses, use Refusal Form

I have explained this operation, treatment, examination or special procedure and risks thereof to the above-signed patient and the patient indicates understanding.

_____
Provider Signature and Date

(20)

# Arizona Corrections Department

Interdisciplinary Progress Notes

## Audiological Report



Arizona Department of Corrections

| DATE | TIME | PROGRESS NOTES |
|------|------|----------------|
| 9/10 | 9am | **1). Otoscopic Exam** |
| | | Abnormalities/Issues: |
| | | |
| | | **2). FDA Questions** |
| | | 1).Visible significant wax or foreign objects 2), Visible Congenial or deformity of Ear 3), Pain or discomfort 4), Acute or Chronic Dizziness 5), Unilateral loss within last 90 days. 6).History of Sudden Hearing Loss within last 90 days 7), History of Drainage within last 90 days 8), Air/bone gap=> 15 db |
| | | **3) Complete Hearing Test** |
| | | Findings – See Audiogram |
| | | **4) Hearing Aid(s) Fit**  **Earmolds Ordered** ◯ **Earmolds Del'd** ◯ |
| | | Right ⊗ Serial # 6620796 Receiver 2-100 Dome: Power |
| | | Left ⊗ Serial # 6641693D Receiver 2-85 Dome: Closed |
| | | **5). Items Given to Inmate:** |
| | | Hard Case ⊗  Soft Case ◯ Owners Manual ⊗ |
| | | Batteries ⊗ Number/Packs _____ |
| | | Cleaning Cloth ⊗  Cleaning Tool ◯  Wax Traps ⊗ |
| | | Expectations/Other Literature ⊗ _____ |
| | | |
| | | **6) Council Patient on:** |
| | | Inserting and removing batteries ⊗ |
| | | Inserting and removing hearing aids ⊗ |
| | | Identifying which side Hearing aid goes on ⊗ |
| | | Explain Program button ⊗ |
| | | Cleaning Hearing Aid ⊗ |
| | | SIN= 1.5 |
| | | COMPLAINT: |
| **FOLLOW-UP** | | ACTIONS: |
| **VISIT INFO** | | |
| | | |

David Gardner          License # HADR 11013

| Miller | 262720 | 9/27/69 | Eyman |
|--------|--------|---------|-------|
| PATIENT NAME | ADC # | DOB | FACILITY |

(21)

## ARIZONA CORRECTIONS DEPARTMENT

### HEALTH SERVICES RECEIPT



## RECEIPT FOR EQUIPMENT/SUPPLIES

The following has been issued to the inmate/staff:

| Item | | | Description |
|------|---|---|-------------|
| Right Hearing Aid | | | 66209964 |
| Left Hearing Aid | | | 6641630 . |
| Batteries | A | | 1 Pack |
| Wax Traps | d | | 1 Pack |
| Cleaning Cloth | m | 1 | |
| Owners Manual | i n | 1 | |
| Cleaning Tool | | 1 | |
| Literature | G i | 1 | |
| Soft Case | v | 1 | |
| Hard Case | e n | 1 | |

Inmate Signature: _Frederick Miller_    Date: _7-10-21_

| | | | |
|---|---|---|---|
| Issued by/Signature _Dal Al Gardner_ | | _9-10_ Date | _8 Am_ Time |

| | | | | |
|---|---|---|---|---|
| _Frederick Miller_ Inmate Name | | _262220_ ASP# | _9/27/61_ DOB | _Elmo_ FACILITY |

(22)

**David Gardner- YHN**
Arizona Lic #HADR 11013
Utah State Prison Lic #11910088-4601
New Mexico Lic. #HAD 0913
Colorado Lic. #HAD.0000385

# ARIZONA State Prison

*Exhibit · D·4*

**Miller, Frederick**
Male, 9/27/1969 (52 y.o.)

EYMAN 262220

## Audiometry



Right Ear



Left Ear

| Right | 125 | 250 | 500 | 750 | 1k | 1.5k | 2k | 3k | 4k | 6k | 8k |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AC | | 90 | 95 | | 75 | | 85 | 95 | 105 | NR 110 | NR 110 |

| Left | 125 | 250 | 500 | 750 | 1k | 1.5k | 2k | 3k | 4k | 6k | 8k |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AC | | 40 | 45 | | 55 | 50 | 35 | 25 | 20 | 35 | 35 |

Air Conduction, AI=0%, PTA=85, HFA=88
Most comfortable level
Air Conduction, AI=33%, PTA=45, HFA=37
Most comfortable level

| AC | SRT | WR | WR, Aided |
|---|---|---|---|
| Left | | | |
| Right | | | |
| Both | | 88% at 75/90dB | |

| | MCL | UCL |
|---|---|---|
| | 70dB | |
| | 85dB | |
| | 75/90dB | |

### QuickSIN

| | SNR Loss Unaided | SNR Loss Aided | (LP-HFE) Unaided | (LP-HFE) Aided |
|---|---|---|---|---|
| Left | | | | |
| Right | | | | |
| Both | 1.5 | | | |

0-3 dB: Normal, 3-7 dB: Mild, 7-15 dB: Moderate, >15 dB: Severe.
(SNR Loss HFE-LP - SNR Loss HFE) > 3.9 dB: amplification is useful

Head trauma caused profound loss (R), moderate (L), Good WR and SIN is excellent

**David Gardner- YHN**
Arizona Lic #HADR 11013
Utah State Prison Lic #11910088-4601
New Mexico Lic. #HAD 0913
Colorado Lic. #HAD.0000385

# ARIZONA State Prison

Exhibit D-5

---

**RECEIVED**
By abardwell at 2:30 pm, Sep 10, 2021

## Tympanometry

### Right Ear



Ear Canal Volume: 1.01 cc
Middle Ear Pressure: -45.0 daPa
Static Compliance: 0.48 cc

**Reflexes**

| 4000 Hz |
|---|
| 0.03 cc, 85 dB |
| 0.01 cc, 90 dB |
| 0.05 cc, 95 dB |

### Left Ear



Ear Canal Volume: 1.29 cc
Middle Ear Pressure: -16.0 daPa
Static Compliance: 0.48 cc

**Reflexes**

| 500 Hz | 1000 Hz | 2000 Hz | 4000 Hz |
|---|---|---|---|
| 0.02 cc, 85 dB | 0.01 cc, 80 dB | 0.03 cc, 80 dB | 0.04 cc, 80 dB |
| 0.07 cc, 90 dB | 0.02 cc, 85 dB | | |
| | 0.01 cc, 90 dB | | |
| | 0.06 cc, 95 dB | | |

SIN is excellent

(31)

EYE

2264 Saranac Avenue
Lake Placid, NY 12946-3504

NATI☺NAL
E Y E C A R E

Phone: 518-302-5578
Fax (Orders): 518-302-5588

SCANNED



Facility Name __ASPC-E SMU I__     Date __11/23/2021__

| Name | DIN | DOB | Age |
|---|---|---|---|
| MILLER, FREDRICK A. | 262220 | 09/27/1969 | 52 |

**HISTORY**

Chief Complaint: Black spots — concussion

Meds: was assaulted
Worse F 1st week, but is getting better.

Prior Rx: (Y) N
OD: -1.00 -1.25 x 097
OS: -1.25 -1.25 x 075

**TESTS & FINDINGS**

Oc Hx: Prior Injury/Surgeries

Objective
OD:
OS:

CC Acuity
20

Acuity (CC) SC
OD: 20/20
OS: 20/20

Subjective
OD:
OS:

External     OD / OS
Clear

OD — Cornea, Iris, Conj., Lids, Pupils, Puncta, Angle, Lens

OS

Internal: Via mydriatic   Tropicamide 1%
Panoptic    OD / OS

C/D Ratio  0.2/0.2
A/V Ratio  2/3

Macula  Clear
Vitreous
Periphery

No holes / tears / detachments

Additional Tests & Findings
IOP  OD 20  Time 10:06  Method Tono
OS 20

**ASSESSMENT:**
Concussion
— resolving

**PLAN:** No sign of floaters

Rx Glasses

Referral to  Monitor

Follow-Up

Other  RTC PRN

| | New Rx | Sph | Cyl | Axis | Prism | Add |
|---|---|---|---|---|---|---|
| | OD | | | | | |
| | OS | | | | | |
| | Size | | Frame | | Color | |
| | Seg Ht. | | Mat. | | P.D. | |

Provider Signature _____    Date 11-23-21

25