# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frederick Angus Miller, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Unknown Gordan, <br><br> Defendant. | No. CV-21-01867-PHX-DGC (ESW) <br><br> **ORDER** |

The Court has considered Plaintiff's "Motion for Continue for Pre-Trial Joint Order" (Doc. 105). On September 12, 2023, the Court granted "Defendant's Motion to Extend Deadline to File Joint Proposed Pretrial Order (Doc. 104), extending the deadline to file the Joint Proposed Pretrial Order to September 27, 2023.

IT IS ORDERED denying the "Motion for Continue for Pre-Trial Joint Order" (Doc. 105) as moot.

Dated this 13th day of September, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge