Lorraine Morey #029443
**MOREY LAW, PLLC**
11811 N. Tatum Blvd., Suite 1050
Phoenix, AZ 85028
(602) 603-2450 Telephone
(602) 603-2457 Fax
Lorraine@morey-law.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frederick Angus Miller, Jr. | Case No.:  CV-21-01867-PHX-DGC |
| Plaintiff, | |
| v. | **AMENDED** NOTICE OF DEPOSITION OF DEFENDANT GORDAN |
| Unknown Gordan, | |
| Defendant. | |

**TO:  MATTHEW GORDAN**
**A/K/A DEFENDANT UNKNOWN GORDAN**

PLEASE TAKE NOTICE, in accordance with Rule 30(a)(1) of the Federal Rules of Civil Procedure, your deposition will be taken upon oral examination, at the time and place stated below, before an officer authorized by law to administer oaths:

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Matthew Gordan<br>a/k/a Defendant Unknown Gordan<br>c/o Bergin, Frakes, Smalley, et al.<br>4343 E. Camelback Rd., Suite 210<br>Phoenix, AZ 85018 |
| **DATE OF DEPOSITION:** | March 6, 2024 |
| **TIME OF DEPOSITION:** | 9:00 a.m. (Arizona time) |

| | |
|---|---|
| **PLACE OF APPEARANCE:** | In Person<br>Morey Law, PLLC<br>11811 N. Tatum Blvd., Suite 1050<br>Phoenix, AZ 85028 |
| **METHOD OF RECORDING:** | Stenographic by court reporter. |
| **CAMERA PLACEMENT:** | In the event the deposition must be held remotely, the camera will be placed in a position facing the deponent at all times. |
| **COURT REPORTER:** | Griffin Group International |

DATED this 27th day of February 2024.

**MOREY LAW, PLLC**

By: */s/ Lorraine Morey*
Lorraine Morey
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this matter, including:

Brian Bergin
bbergin@bfsolaw.com

Kevin Kasarjian, I
kkasarjian@bfsolaw.com


By: */s/ Abbie Brace*